JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
THOMAS T. CARMACK, State Bar No. 229324
tom@agilityiplaw.com
IRVIN E. TYAN, State Bar No. 224775
ityan@agilityiplaw.com
AGILITY IP LAW, LLP
149 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 227-4800
Facsimile: (650) 318-3483

Attorneys for Complainant
TECHNOLOGY PROPERTIES LIMITED, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>CERTAIN DIGITAL PHOTO FRAMES AND IMAGE DISPLAY DEVICES AND COMPONENTS THEREOF<br><br>TECHNOLOGY PROPERTIES LIMITED, LLC,<br><br>Complainant,<br><br>v.<br><br>ACTION ELECTRONICS CO., LTD., *et. al.*,<br><br>Respondents. | Misc. Case No. CV 12 80094 MISC CRB<br><br>[PROPOSED] ORDER GRANTING COMPLAINANT TECHNOLOGY PROPERTIES LTD.'S UNOPPOSED MOTION FOR THE COURT TO ISSUE A COMMISSION TO TAKE DEPOSITIONS OF KOJI DEI AT THE UNITED STATES EMBASSY, TOKYO, JAPAN |

Upon consideration of the unopposed Motion For The Court To Issue a Commission To Take Depositions of Koji Dei at the United States Embassy, Tokyo, Japan, submitted by Technology Properties Limited, LLC ("TPL"), Complainant in *Certain Digital Photo Frames and Image Display Devices and Components Thereof,* Investigation No. 337-TA-807 before the

U.S. International Trade Commission ("ITC"), it is hereby ORDERED that Complainant's unopposed Motion is GRANTED; and it is further ORDERED that a certified Commission will issue of the scope requested by Complainant appointing and authorizing any Consul or Vice Consul of the United States of America in Tokyo, Japan to administer any necessary oaths and to take deposition testimony of Koji Dei at the United States Embassy, Tokyo, Japan, commencing on or about April 16, 2012 at 8:30 a.m. and terminating on or about April 18, 2012 at 4:00 p.m.

DATED: April 3, 2012

_____
United States District Judge